IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CV-501-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )  **DEFAULT**<br>SCANTLEBURY PERSONAL PROPERTY, )<br>SPECIFICALLY DESCRIBED AS:  )<br>ONE SYLVANIA TELEVISION WALL  )<br>MOUNT, SN: 89838200129; ONE  )<br>BOSE COMPANION THREE HOME  )<br>THEATER SYSTEM, SN: 1781733523;)<br>ONE HP PAVILION DESKTOP  )<br>COMPUTER, SN: CNX91410ZP; ONE  )<br>SAMSUNG 50 INCH TELEVISION,  )<br>TYPE NO. PN50B430P2; ONE I-POD )<br>TOUCH, SN: 9C9134PA203; ONE  )<br>GARMIN NUVI GPS SYSTEM,  )<br>SN: 1D6014276; A WHITE 2004  )<br>CHEVROLET PANEL VAN,  )<br>VIN: 1GCHG35U441160961; AND ANY)<br>AND ALL PROCEEDS FROM THE SALE )<br>OF SAID PROPERTY,  )<br>  )<br>    Defendants.  ) | |

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 9th day of June, 2010.

DENNIS P. IAVARONE
Clerk

BY: _____
Clerk
United States District Court