IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CV-501-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) SCANTLEBURY PERSONAL PROPERTY, ) SPECIFICALLY DESCRIBED AS: ) ONE SYLVANIA TELEVISION WALL ) MOUNT, SN: 89838200129; ONE ) BOSE COMPANION THREE HOME ) THEATER SYSTEM, SN: 1781733523;) ONE HP PAVILION DESKTOP ) COMPUTER, SN: CNX91410ZP; ONE ) SAMSUNG 50 INCH TELEVISION, ) TYPE NO. PN50B430P2; ONE I-POD ) TOUCH, SN: 9C9134PA203; ONE ) GARMIN NUVI GPS SYSTEM, ) SN: 1D6014276; A WHITE 2004 ) CHEVROLET PANEL VAN, ) VIN: 1GCHG35U441160961; AND ANY) AND ALL PROCEEDS FROM THE SALE ) OF SAID PROPERTY, ) ) Defendants. ) | **DEFAULT JUDGMENT** |

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the record owner of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the United States Secret Service pursuant to said process;

2. On January 8, 2010, Renato Scantlebury filed an Answer to the Complaint in this action.

3. On May 24, 2010, the Court entered an Order striking Renato Scantlebury's answer for failure to comply with Supplemental Rule G(5)(a), as allowed by Rule G(8)(c).

4. No other entitled persons have filed any claim to the defendants nor answer regarding it within the time fixed by law; and

5. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America; and

4. The United States Secret Service is hereby directed to dispose of the defendants according to law, including destruction.

SO ORDERED this 14 day of ___June___, 2010.

      /s/Louise W. Flanagan
LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE